

**NUMBER 13-16-00155-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS,** **Appellant,**

**v.**

**QUITMAN LEE STEVENS,** **Appellee.**

---

**On appeal from the County Court at Law No. 2
of Victoria County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Stephen B. Tyler, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we GRANT the motion and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing

will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of June, 2016.